# IN THE SUPREME COURT OF THE STATE OF NEVADA

DOUGLAS HARRY WARENBACK,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 71453

FILED

OCT 27 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to remove sex offender registration from the judgment of conviction. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:   Hon. William D. Kephart, District Judge
      Douglas Harry Warenback
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-33759